UNDERWOOD et al. v. WATSON.

(Court of Civil Appeals of Texas. El Paso. Jan. 10, 1914.)

COURTS (§ 247*)—COURT OF CIVIL APPEALS—JURISDICTIONAL AMOUNT.

Where an appeal from a justice of the peace to the circuit court involved only $84.20, a further appeal will not lie to the Court of Civil Appeals, under Rev. Civ. St. 1911, art. 1589, for insufficiency of amount involved.

[Ed. Note.—For other cases, see Courts, Cent. Dig. §§ 487, 749, 751–754, 757, 759, 760, 762–764; Dec. Dig. § 247.*]

Appeal from Midland County Court; J. H. Knowles, Judge.

Action by C. C. Watson against J. A. Underwood and others. A justice's judgment having been rendered in favor of plaintiff, the case was appealed to the circuit court, where the appeal was dismissed, and defendants appeal. Dismissed.

A. S. Rollins, of Amarillo, for appellants. Earl Anderson, of Midland, for appellee.

HARPER, C. J. This suit originated in the justice court, precinct No. 1, Midland county, Tex.; the amount sued for being $84.20. Judgment was rendered in the justice court for said sum, and appellants sought to appeal the cause to the county court. When the cause was reached in the regular call of the docket, it was dismissed. Upon motion of appellee it was dismissed because of a defective appeal bond, and from that judgment of dismissal this appeal is prosecuted. This court has not jurisdiction to entertain this appeal, because the amount in controversy does not exceed $100. Article 1589, Rev. Civ. Stat. 1911; Mask v. L. & T. Lumber Co., 145 S. W. 299.

For this reason this appeal is dismissed.